158 A.3d 1184

CAPITAL HEALTH SYSTEM, INC., CENTRASTATE MEDICAL CENTER, INC., HOLY NAME MEDICAL CENTER, INC., THE COMMUNITY HOSPITAL GROUP, INC. (T/A JFK MEDICAL CENTER), ST. LUKE'S WARREN HOSPITAL, INC., TRINITAS REGIONAL MEDICAL CENTER, AND THE VALLEY HOSPITAL, INC., PLAINTIFFS, v. HORIZON HEALTHCARE SERVICES, INC., DEFENDANT. SAINT PETER'S UNIVERSITY HOSPITAL, PLAINTIFF–MOVANT, v. HORIZON HEALTHCARE SERVICES, INC., DEFENDANT–RESPONDENT.

January 26, 2017

ORDER

It is ORDERED that the motion for leave to appeal (M–161) is granted.

158 A.3d 1184

JOHN GIOVANNI GRANATA, PLAINTIFF–CROSS–PETITIONER, v. EDWARD F. BRODERICK, JR., ESQ., AN ATTORNEY AT LAW OF THE STATE OF NEW JERSEY, BRODERICK, NEWMARK & GRATHER, DEFENDANTS. AND OTHER RELATED CASES. (JOHN GIOVANNI GRANATA—CROSS–PETITIONER)

January 26, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–2928/3036–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.